UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS MOHANA FURNITURE, INC. | CIVIL ACTION |
| VERSUS | No. 23-6774 |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NUMBER AMR-7047-1, ET AL | SECTION: "J"(5) |

### ORDER

Considering the foregoing *Motion to Dismiss with Prejudice* **(Rec. Doc. 34)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims in the above-captioned matter are **DISMISSED, with prejudice**, and with each party to bear its own costs.

New Orleans, Louisiana, this 23rd day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1